UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARIA BELTRAN-MENJIVAR,

    Petitioner,

v.

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

No. 1:25-CV-253-H

### ORDER

Maria Beltran-Menjivar petitioned for a writ of habeas corpus challenging her mandatory detention without bond. Dkt. No. 1. The parties inform the Court that Beltran-Menjivar was released on her own recognizance from ICE custody on April 10, 2026. Dkt. No. 16 at 1. Accordingly, she is no longer detained.

Based on the information provided, the Court concludes that Beltran-Menjivar's claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner was no longer in custody, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on May _6_, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).